JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **THOMAS HERNANDEZ**, | Case No. LA CV 16-09578-VBF-JDE |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| NEIL MCDOWELL, Warden, | |
| Respondent. | |

Pursuant to the Order Denying the Petition for a Writ of Habeas Corpus, **final judgment is hereby entered in favor of the respondent and against petitioner Thomas Hernandez.** IT IS SO ADJUDGED.

Dated: December 22, 2017

_____
VALERIE BAKER FAIRBANK
Senior United States District Judge